THE THIRD NATIONAL BANK OF BUFFALO, Appellant, *v.* LUCIEN T. CORNES et al., Respondents.

(Argued June 8, 1886; decided June 25, 1886.)

THE sole question in this case was one of fact, upon which the court hold the findings of the referee affirmed by the General Term to be conclusive.

*Adelbert Moot* for appellant.

*Frank R. Perkins* for respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.

---

JAMES H. POLLEY, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Argued June 8, 1886 ; decided June 25, 1886.)

*Giles E. Stillwell* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.